IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA BRITTAIN, JENNIFER JOHNSTON, and KIMBERLY WARD | ) ) ) ) | |
| Plaintiffs, | ) | |
| V. | ) ) | Case No. 4:17-cv-417-JM |
| JEFFERY EVERETTS; CS BACKGROUND, INC.; and CITY OF BEEBE | ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this court, and now appear in this case as counsel for separate Defendants Jeffery Everetts and CS Background, Inc.

Dated: July 25, 2017

Respectfully submitted,

JEFFERY EVERETTS and
CS BACKGROUND, INC.

Defendants

By: /s/ Barrett S. Moore
    BARRETT S. MOORE
    Bar Number 2009118
    BLAIR & STROUD
    Attorneys for Defendants
    P. O. Box 2135
    Batesville, Arkansas 72503
    Telephone: (870) 793-8350
    E-mail: bsm@blastlaw.com

## CERTIFICATE OF SERVICE

I served a copy of the foregoing instrument by filing it using the CM/ECF system, which will serve notice of its filing to all counsel of record, including the following persons:

Andrew Mikeal Taylor
Tasha Sossamon Taylor
TAYLOR & TAYLOR
P. O. Box 629
Little Rock, AR 72203
andy@taylorlawfirm.com
tasha@taylorlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Barrett S. Moore
BARRETT S. MOORE
Bar Number 2009118
BLAIR & STROUD
Attorneys for Defendants
P. O. Box 2135
Batesville, Arkansas 72503
Telephone: (870) 793-8350
E-mail: bsm@blastlaw.com