IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA BRITTAIN, JENNIFER JOHNSTON, and KIMBERLY WARD | ) ) ) ) | |
| Plaintiffs, | ) | |
| V. | ) ) | Case No. 4:17-cv-417-JM |
| JEFFERY EVERETTS; CS BACKGROUND, INC.; and CITY OF BEEBE | ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION AND
INCORPORATED BRIEF IN SUPPORT
FOR AN EXTENSION OF TIME
<u>TO FILE RESPONSIVE PLEADING OR MOTION</u>**

Defendants Jeffery Everetts and CS Background, Inc. (collectively, "CS Background"), move for an extension of time to file their answers or responsive motions, Fed. R. Civ. P. 6, Local Rule 6.2:

1. CS Background was served with the complaint and summons on or about July 14, 2017, making its responsive pleading or motion under Rule 12 due on or about August 4, 2017. Fed. R. Civ. P. 12(a)(a)(A)(i).

2. Counsel for CS Background is diligently investigating the allegations of the complaint and requires additional time to respond. This additional time is necessitated in part by counsel's pending deadlines in other matters.

3. CS Background therefore requests a thirty-day extension of time up through and including September 4, 2017, to respond to the Complaint.

4. This motion is made for what the undersigned believes to be good cause shown and is not for the purpose of delay or any other improper purpose.

5. Counsel for Plaintiffs does not oppose this motion.

WHEREFORE, Defendants Jeffery Everetts and CS Background, Inc. move for a thirty-day extension of time to respond to the Complaint, up through and including September 4, 2017.

    Respectfully submitted,

    JEFFERY EVERETTS and
    CS BACKGROUND, INC.

    Defendants

    By: /s/ Barrett S. Moore
        BARRETT S. MOORE
        Bar Number 2009118
        BLAIR & STROUD
        Attorneys for Defendants
        P. O. Box 2135
        Batesville, Arkansas 72503
        Telephone: (870) 793-8350
        E-mail: bsm@blastlaw.com

## CERTIFICATE OF SERVICE

I served a copy of the foregoing instrument on July 25, 2017, by filing it using the CM/ECF system, which will serve notice of its filing to all counsel of record, including the following persons:

Andrew Mikeal Taylor
Tasha Sossamon Taylor
TAYLOR & TAYLOR
P. O. Box 629
Little Rock, AR 72203
andy@taylorlawfirm.com
tasha@taylorlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Barrett S. Moore
BARRETT S. MOORE
Bar Number 2009118
BLAIR & STROUD
Attorneys for Defendants
P. O. Box 2135
Batesville, Arkansas 72503
Telephone: (870) 793-8350
E-mail: bsm@blastlaw.com