# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PAULA BRITAIN; *et al.*                                                      PLAINTIFFS

v.                          NO. 4:17-cv-00417-JM

JEFFERY EVERETTS; *et al.*                                                   DEFENDANTS

## **ORDER**

This matter was stayed on September 18, 2017, pending the criminal prosecution of separate defendant Jeffery Everetts in Lonoke County Circuit Court. The parties are directed to file a status report by **March 25, 2019**, updating the Court on the status of the state matter.

IT IS SO ORDERED this 11th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE