IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA BRITTAIN, JENNIFER JOHNSTON, and KIMBERLY WARD | ) ) ) ) | |
| Plaintiffs, | ) | |
| V. | ) ) | Case No. 4:17-cv-417-JM |
| JEFFERY EVERETTS; CS BACKGROUND, INC.; and CITY OF BEEBE | ) ) ) ) | |
| Defendants. | ) ) | |

## **JOINT STATUS REPORT**

Defendants Jeffery Everetts and CS Background, Inc. (collectively, "CS Background"), Separate Defendant City of Beebe, and Plaintiffs Paula Brittain, Jennifer Johnston, and Kimberly Ward, state the following status report pursuant to this Court's order, *Document No. 12*:

1. The criminal prosecution of Jeffery Everetts in the Circuit Court of Lonoke County, Arkansas, in case number 43CR16-478, has been *nolle prosequi*. Notwithstanding that action, the Arkansas State Police, which originally investigated the Lonoke County case, continues to investigate that matter. On information and belief, the United States Attorney's Office continues to remain interested in this case as well. Some of the criminal charges at issue contain no statute of limitations, but the state-law charges

might be subject to a five or six year limitations period. The allegations at issue in that investigation appear to have occurred on or before February 2016, meaning the limitations period would expire in February 2020.

2. If CS Background is required to move forward with this case amidst the threatened criminal prosecutions against Jeffery Everetts, it maintains that will place CS Background in the untenable position of either risking a waiver of Jeffery Everetts's Fifth Amendment right to remain silent or invoking that right and presenting little to no defense to this case. That dilemma is avoided, to some degree, by staying this matter until March 2020.

3. The Plaintiffs no longer consent to a stay. CS Background continues to desire a stay to preserve Jeffery Everetts's Fifth Amendment rights in the above-reference criminal prosecutions. The City of Beebe has no objection to continuing the stay.

4. If the Court lifts the stay, however, then CS Background will request a strict and comprehensive protective order to make clear Everetts would not waive his right to remain silent by participating in discovery and that the discovery taken in this case could not be used in any criminal proceedings. CS Background is uncertain if that sort of order would adequately protect Everetts's rights. CS Background therefore requests this Court maintain the stay until March 1, 2020.

Respectfully submitted,

JEFFERY EVERETTS and
CS BACKGROUND, INC.

Defendants

By: /s/ Barrett S. Moore
    BARRETT S. MOORE
    Bar Number 2009118
    BLAIR & STROUD
    Attorneys for Defendants
    P. O. Box 2135
    Batesville, Arkansas 72503
    Telephone: (870) 793-8350
    E-mail: bsm@blastlaw.com

AND

PAULA BRITTAIN, JENNIFER JOHNSTON, and KIMBERLY WARD

Plaintiffs

By: /s/ Andrew M. Taylor
    Andrew Mikeal Taylor
    Bar Number 2005147
    Tasha Sossamon Taylor
    Bar Number 2005148
    TAYLOR & TAYLOR
    Attorneys for Plaintiffs
    P. O. Box 629
    Little Rock, AR 72203
    andy@taylorlawfirm.com
    tasha@taylorlawfirm.com

AND

CITY OF BEEBE

Defendant

By: /s/ Amanda LaFever
    Amanda LaFever
    Bar Number 2012133
    ARKANSAS MUNICIPAL LEAGUE
    Attorney for City of Beebe
    P. O. Box 38
    North Little Rock, AR 72115
    alafever@arml.org

# CERTIFICATE OF SERVICE

I served a copy of the foregoing instrument on March 25, 2019, by filing it using the CM/ECF system, which will serve notice of its filing to all counsel of record, including the following persons:

Andrew Mikeal Taylor
Tasha Sossamon Taylor
TAYLOR & TAYLOR
P. O. Box 629
Little Rock, AR 72203
andy@taylorlawfirm.com
tasha@taylorlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

Amanda LaFever
ARKANSAS MUNICIPAL LEAGUE
P. O. Box 38
North Little Rock, AR 72115
alafever@arml.org

**ATTORNEYS FOR CITY OF BEEBE**

By: /s/ Barrett S. Moore
BARRETT S. MOORE
Bar Number 2009118
BLAIR & STROUD
Attorneys for Defendants
P. O. Box 2135
Batesville, Arkansas 72503
Telephone: (870) 793-8350
E-mail: bsm@blastlaw.com